IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ALAN BROWN, | No. 4:22-CV-01156 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CORPORAL FRANKS, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 20th day of May 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Corporal Franks' motion (Doc. 101) and defendant Trooper Yaworski's motion (Doc. 107) for summary judgment pursuant to Federal Rule of Civil Procedure 56 are **GRANTED**.

2. The Clerk of Court is directed to enter judgment in Franks' and Yaworski's favor and against plaintiff Todd Alan Brown as to Brown's Section 1983 claim of Fourth Amendment excessive force.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge