AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Todd Alan Brown | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-CV-01156 |
| Franks et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Final judgment is entered in Franks' and Yaworski's favor and against plaintiff Todd Alan Brown as to Brown's Section 1983 claim of Fourth Amendment excessive force.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Matthew W. Brann on a motion for Motion for Summary Judgment (Docs. 101 & 107).

Date: May 20, 2025

CLERK OF COURT

s/ Emily C. Aikey
*Signature of Clerk or Deputy Clerk*